## Max Gittelson et al., Plaintiffs in Error, v. Fannie Reichman and Samuel Reichman, Defendants in Error.

### Gen. No. 18,329.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1912. Reversed and remanded. Opinion filed December 22, 1913.

### Statement of the Case.

Action by Max Gittelson, J. Bloom, I. Breskin and S. Goldberg against Fannie Reichman and Samuel Reichman for brokery commissions on a sale or exchange of real estate. To reverse a judgment of *nil capiat* and for costs against the plaintiffs, the plaintiffs prosecute a writ of error.

HARRY M. FISHER, for plaintiffs in error.

ALBERT MARTIN, for defendants in error.

MR. JUSTICE BROWN delivered the opinion of the court.

## Abstract of the Decision.

JUDGMENT, § 405*—*when decree in equity no bar to action for brokers' commissions.* In an action to recover commissions for the sale or exchange of real estate wherein the plaintiffs have established a *prima facie* case, a decree in a cause in equity to which the plaintiffs were not parties, nor by which they were bound because in privity with or represented by the actual parties, *held* not admissible to bar plaintiffs' right to recover where there is no evidence connecting the plaintiffs with the decree so as to make it binding on them.